IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN PALMER THOMPSON, | CV 25-89-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA, | |
| Defendant. | |

Plaintiff Stephen Palmer Thompson lodged a Complaint with the Court and filed a motion for leave to proceed in forma pauperis. (Docs. 1 and 2.) Thompson failed to file his account statement with his motion. The Clerk of Court notified him of this requirement, and of the requirement that he update the Clerk with any change of address. (Doc. 3.) This mail was returned undeliverable. (Doc. 4.) The Court has had no communication from Thompson. The case cannot proceed without the ability to communicate with Thompson.

Accordingly, the above-referenced matter is DISMISSED, without prejudice. The Clerk of Court is directed to close the case. All pending motions are DENIED as moot.

DATED this 31st day of July, 2025.

_____
Donald W. Molloy, District Court Judge
United States District Court